Decided September 15, 1993

STATE OF CONNECTICUT *v.* ROOSEVELT ANDREW

The defendant's petition for certification for appeal from the Appellate Court, 31 Conn. App. 910 (AC 11003), is denied.

*Linda P. Stambovsky,* special public defender, in support of the petition.

Decided September 15, 1993

ROBERT DURRSCHMIDT *v.* PETER LOUX ET AL.

The petition of the plaintiff Field View Farm Transportation, Inc., for certification for appeal from the Appellate Court, 31 Conn. App. 917 (AC 11708), is granted, limited to the following issue:

"Does the notice to the employer pursuant to General Statutes § 31-293 require notice of an employment relationship between the person giving notice and its recipient?"

The Supreme Court docket number is SC 14826.

*Anne Kelly Zovas,* in support of the petition.

Decided September 15, 1993